Wood et ux. *v.* Garrett, Appellant.

Argued January 8, 1946. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

632

634

Defendant appealed.

*Howard S. Okie,* with him *James T. Carey,* for appellant.

*W. Edward Greenwood,* with him *Gawthrop & Gawthrop,* for appellees.

PER CURIAM, March 25, 1946:

The order of the Court below is affirmed on the opinion of Judge HARVEY.